# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACL1 INVESTMENTS LTD., ACL2 INVESTMENTS LTD., and LDO (CAYMAN) XVIII LTD., <br><br> Plaintiffs, <br><br> v. <br><br> BOLIVARIAN REPUBLIC OF VENEZUELA, <br><br> Defendant. | No. 21-mc-46 |

## PLAINTIFFS' MOTION FOR AN ORDER CONDITIONALLY AUTHORIZING THE ISSUANCE AND SERVICE OF A WRIT OF ATTACHMENT *FIERI FACIAS*

Plaintiffs ACL1 Investments Ltd., ACL2 Investments Ltd., and LDO (Cayman) XVIII Ltd. hereby move, pursuant to 28 U.S.C. § 1610, Rule 69 of the Federal Rules of Civil Procedure, 10 Del. C. § 5031, and 8 Del. C. § 324, for an order authorizing the issuance and service, upon the conditions set forth below, of a writ of attachment *fieri facias* to Delaware corporation PDV Holding, Inc. ("PDVH") against its shares, which are owned by Defendant the Bolivarian Republic of Venezuela ("Venezuela") through its alter ego, Petróleos de Venezuela, S.A. ("PDVSA"), and against any other assets or rights that PDVSA may have incident to ownership of those shares.

On February 5, 2021, a judgment was registered in the above-captioned action reflecting a judgment rendered on December 7, 2020, in the action *ACL1 Investments Ltd. v. Bolivarian Republic of Venezuela*, No. 19-cv-9014-LLS (S.D.N.Y.), which judgment remains unsatisfied. In aid of execution on that judgment, Plaintiffs request that this Court enter an order (1) authorizing the issuance of (a) a writ of attachment *fieri facias*, in the form attached hereto as Exhibit 1, to PDVH attaching the shares of PDVH that belong to PDVSA, as alter ego of Venezuela, along with

any other rights or assets incident to that ownership interest that may belong to PDVSA, and (b) a praecipe, in the form attached hereto as Exhibit 2, directing the Clerk of Court to issue the writ of attachment *fieri facias* to the U.S. Marshals Service for service upon PDVH, and (2) declaring that "a reasonable period of time" has elapsed following the entry of judgment pursuant to 28 U.S.C. § 1610(c). Issuance and service of the writ shall be conditioned on this Court's receipt of evidence that the Office of Foreign Assets Control has either authorized such issuance and service or removed the prohibition and sanctions currently in place that prevent the issuance and service of such a writ.

The basis for this motion is set forth in the *Memorandum of Law in Support of Plaintiffs' Motion for an Order Conditionally Authorizing the Issuance of a Writ of Attachment Fieri Facias*, and the Declaration of Keane A. Barger filed herewith.

| | |
|---|---|
| Dated: November 22, 2021 | Respectfully submitted, |
| *Of counsel*: | ASHBY & GEDDES |
| Joshua S. Bolian (*pro hac vice*) <br> Keane A. Barger (*pro hac vice*) <br> Riley Warnock & Jacobson, PLC <br> 1906 West End Avenue <br> Nashville, Tennessee 37203 <br> (615) 320-3700 <br> jbolian@rwjplc.com <br> kbarger@rwjplc.com | */s/ Marie M. Degnan* <br> _____ <br> Marie M. Degnan (#5602) <br> 500 Delaware Ave., 8th Floor <br> P.O. Box 1150 <br> Wilmington, DE 19899 <br> (302) 654-1888 <br> mdegnan@ashbygeddes.com <br><br> *Attorneys for Plaintiffs* |

# CERTIFICATE OF SERVICE

I hereby certify that on the 22nd day of November, 2021, the attached **Plaintiffs' Motion for an Order Conditionally Authorizing the Issuance and Service of a Writ of Attachment** *Fieri Facias* was served upon the below-named counsel at the address and in the manner indicated:

| | |
|---|---|
| A. Thompson Bayliss, Esq.<br>Stephen C. Childs, Esq.<br>Abrams & Bayliss<br>20 Montchanin Road, Suite 200<br>Wilmington, Delaware 19807<br>Telephone: 302-778-1000<br>Facsimile: 302-261-0292<br>bayliss@abramsbayliss.com<br>childs@abramsbayliss.com | BY ELECTRONIC MAIL |
| Donald B. Verrilli, Jr., Esq.<br>Elaine J. Goldenberg, Esq.<br>Ginger D. Anders, Esq.<br>Brendan B. Gants, Esq.<br>Jacobus P. van der Ven, Esq.<br>Munger, Tolles & Olson LLP<br>601 Massachusetts Avenue NW<br>Suite 500 E<br>Washington, D.C. 20001<br>(202) 220-1100<br>Donald.Verrilli@mto.com<br>Elaine.Goldenberg@mto.com<br>Ginger.Anders@mto.com<br>Brendan.Gants@mto.com<br>Jacobus.VanderVen@mto.com | BY ELECTRONIC MAIL |
| George M. Garvey, Esq.<br>Munger, Tolles & Olson LLP<br>350 South Grand Avenue, 50th Floor<br>Los Angeles, CA 90071<br>(213) 683-9100<br>George.Garvey@mto.com | BY ELECTRONIC MAIL |

*[continued on next page]*

Sergio J. Galvis, Esq.  BY ELECTRONIC MAIL
Joseph E. Neuhaus, Esq.
James L. Bromley, Esq.
Sullivan & Cromwell LLP
125 Broad Street
New York, New York 10004
Telephone: 212-558-4000
Facsimile: 212-558-3588
galviss@sullcrom.com
neuhausj@sullcrom.com
bromleyj@sullcrom.com

Samuel T. Hirzel, II, Esq.  BY ELECTRONIC MAIL
Jamie L. Brown, Esq.
Heyman Enerio Gattuso & Hirzel LLP
300 Delaware Avenue, Suite 200
Wilmington, DE 19801
(302) 472-7300
SHirzel@hegh.law
JBrown@hegh.law

Joseph D. Pizzurro, Esq.  BY ELECTRONIC MAIL
Julia B. Mosse, Esq.
Kevin A. Meehan, Esq.
Juan O. Perla, Esq.
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, NY 10178
(212) 696-6000
jpizzurro@curtis.com
jmosse@curtis.com
kmeehan@curtis.com
jperla@curtis.com

*[continued on next page]*

| | |
|---|---|
| Nathan P. Eimer, Esq.<br>Lisa S. Meyer, Esq.<br>Daniel D. Birk, Esq.<br>Gregory M. Schweizer, Esq.<br>Eimer Stahl LLP<br>224 South Michigan Avenue<br>Suite 1100<br>Chicago, IL 60604<br>(312) 660-7600<br>NEimer@eimerstahl.com<br>LMeyer@eimerstahl.com<br>DBirk@eimerstahl.com<br>GSchweizer@eimerstahl.com | <u>BY ELECTRONIC MAIL</u> |
| Kenneth J. Nachbar, Esq.<br>Alexandra M. Cumings, Esq.<br>Morris, Nichols, Arsht & Tunnell LLP<br>1201 North Market Street<br>Wilmington, DE 19801<br>(302) 658-9200<br>KNachbar@mnat.com<br>ACumings@mnat.com | <u>BY ELECTRONIC MAIL</u> |
| Michael J. Gottlieb, Esq.<br>David J. L. Mortlock, Esq.<br>Samuel G. Hall, Esq.<br>Willkie Farr & Gallagher LLP<br>1875 K Street, NW<br>Washington, DC 20006<br>Tel.: (202) 303-1000<br>mgottlieb@willkie.com<br>dmortlock@willkie.com<br>shall@willkie.com | <u>BY ELECTRONIC MAIL</u> |

    */s/ Marie M. Degnan*
    Marie M. Degnan (#5602)