## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACL1 INVESTMENTS LTD., ACL2 INVESTMENTS LTD., and LDO (CAYMAN) XVIII LTD., <br><br> Plaintiffs, <br><br> v. <br><br> BOLIVARIAN REPUBLIC OF VENEZUELA, <br><br> Defendant. | C.A. No. 21-mc-46 |

### [PROPOSED] ORDER

Upon review and consideration of *Plaintiffs' Motion for an Order Conditionally Authorizing the Issuance and Service of a Writ of Attachment* Fieri Facias and the materials submitted in support of that motion, and in accordance with 28 U.S.C. § 1610, Rule 69 of the Federal Rules of Civil Procedure, 10 Del. C. § 5031, and 8 Del. C. § 324, it is hereby:

ORDERED that Plaintiffs' motion is GRANTED;

ORDERED that a reasonable period of time has elapsed following the entry of judgment pursuant to 28 U.S.C. § 1610(c);

ORDERED that the Clerk of this Court is authorized to affix its original signature and seal upon Plaintiffs' writ of attachment *fieri facias* and, upon this Court's receipt of evidence that the Office of Foreign Assets Control has either authorized the issuance and service of such writ or removed the prohibition and sanctions currently in place that prevent the issuance and service of such a writ, the Clerk of this Court shall issue that writ to PDV Holding, Inc. ("PDVH") in aid of Plaintiffs' execution of their judgment against Defendant Bolivarian Republic of Venezuela; and

ORDERED that the U.S. Marshals Service is authorized, upon receipt of the issued writ, to serve Plaintiffs' writ of attachment *fieri facias*—as signed, sealed, and issued by the Clerk of this Court—on PDVH.

SO ORDERED this \_\_\_\_ day of _____, 20\_\_\_\_.

_____
UNITED STATES DISTRICT COURT JUDGE