**EXHIBIT 1**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACL1 INVESTMENTS LTD., ACL2 INVESTMENTS LTD., and LDO (CAYMAN) XVIII LTD., <br><br> Plaintiffs, <br><br> v. <br><br> BOLIVARIAN REPUBLIC OF VENEZUELA, <br><br> Defendant. | No. 21-mc-46 |

## WRIT OF ATTACHMENT *FIERI FACIAS*

TO THE UNITED STATES MARSHALS SERVICE, YOU ARE COMMANDED:

To serve this writ of attachment *fieri facias* on **PDV Holding, Inc., c/o its Registered Agent, Corporation Trust Company, 1209 Orange Street, Wilmington, Delaware 19801**, to attach all shares of stock and any other assets or rights incident to that stock ownership belonging or owing to **Petróleos de Venezuela, S.A.** ("PDVSA"), alter ego of defendant Bolivarian Republic of Venezuela ("Venezuela"), to satisfy the judgment owed to the above-named plaintiffs by the defendant in the amount of $118,186,251.24, plus post-judgment interest thereon calculated at the rate set forth in 28 U.S.C. § 1961, from December 7, 2020, until full payment, according to the judgment of the United States District Court for the Southern District of New York, case number 19-cv-9014-LLS, which has been registered in the District of Delaware in this proceeding.

TO THE DEFENDANT'S GARNISHEE:

The United States District Court for the District of Delaware requires, within 20 days after service of this process, that you serve upon Marie M. Degnan, Ashby & Geddes, P.A., 500 Delaware Avenue, 8th Floor, Wilmington, Delaware 19801, a verified answer, which shall specify what shares of stock and other assets or rights incident to that stock ownership belonging to or owing to PDVSA, as alter ego of Venezuela, you currently possess. You must serve this verified answer within 20 days after this writ is served upon you, not counting the day that you received this writ. Your failure to respond may result in a default judgment against you in an amount equal to the value of the property subject to the attachment, or the amount of the judgment, whichever is less, with interest and costs. As the Garnishee, you are to retain the items stated by you in your answer.

The amount of the judgment owed by Venezuela is $118,186,251.24, plus post-judgment interest thereon calculated at the rate set forth in 28 U.S.C. § 1961, from December 7, 2020, until full payment.

2

                                                                                                                   _____
                                                                                                                   Clerk of Court

Issued: _____     per:   _____
                                                                                                                                           Deputy

**EXHIBIT 2**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ACL1 INVESTMENTS LTD., ACL2 INVESTMENTS LTD., and LDO (CAYMAN) XVIII LTD., <br><br> Plaintiffs, <br><br> v. <br><br> BOLIVARIAN REPUBLIC OF VENEZUELA, <br><br> Defendant. | No. 21-mc-46 |

## PRAECIPE

TO: Clerk of Court
United States District Court
District of Delaware
844 North King Street
Wilmington, Delaware 19801

**PLEASE ISSUE** to the U.S. Marshals Service the writ of attachment *fieri facias* filed with this Praecipe to attach all shares of stock and any other assets or rights incident to that stock ownership belonging or owing to **Petróleos de Venezuela, S.A.**, alter ego of defendant Bolivarian Republic of Venezuela, to be served upon **PDV Holding, Inc., c/o its Registered Agent, Corporation Trust Company, 1209 Orange Street, Wilmington, Delaware 19801**.

Dated: November 22, 2021

*Of counsel*:

Joshua S. Bolian (*pro hac vice*)
Keane A. Barger (*pro hac vice*)
Riley Warnock & Jacobson, PLC
1906 West End Avenue
Nashville, Tennessee 37203
(615) 320-3700
jbolian@rwjplc.com
kbarger@rwjplc.com

ASHBY & GEDDES

/s/
_____
Marie M. Degnan (#5602)
500 Delaware Ave., 8th Floor
P.O. Box 1150
Wilmington, DE 19899
(302) 654-1888
mdegnan@ashbygeddes.com

*Attorneys for Plaintiffs*