# ASHBY & GEDDES

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE
P. O. BOX 1150
WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

August 1, 2022

The Honorable Leonard P. Stark　　　　　　　　　　　VIA ELECTRONIC FILING
U.S. Court of Appeals for the Federal Circuit
717 Madison Place, NW
Washington, D.C. 20439

Re:　*ACL1 Investments Ltd., et al. v. Bolivarian Republic of Venezuela*, Misc. No. 21-46-LPS (D. Del.)

Dear Judge Stark:

　　The plaintiff in a related case has recently "request[ed] that this Court grant the pending motion . . . seeking a conditional writ of attachment" because "the parties to this and the several related matters before the Court require clarity on the law applicable to their efforts to collect on massive judgment debts that have remained unpaid." *Northrop Grumman Ship Sys., Inc. v. Ministry of Def. of the Republic of Venezuela*, Misc. No. 20-257 (D. Del.), D.I. 64 at 1. Plaintiffs in the above-referenced action respectfully concur.

　　　　　　　　　　　　　　　　　　　　　　　Respectfully,

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Marie M. Degnan*

　　　　　　　　　　　　　　　　　　　　　　　Marie M. Degnan (#5602)

cc:　All Counsel of Record (via e-filing)