**ASHBY & GEDDES**

ATTORNEYS AND COUNSELLORS AT LAW

500 DELAWARE AVENUE
P. O. BOX 1150
WILMINGTON, DELAWARE 19899

TELEPHONE
302-654-1888

FACSIMILE
302-654-2067

May 24, 2023

The Honorable Leonard P. Stark  **VIA ELECTRONIC FILING**
U.S. Court of Appeals for the Federal Circuit
717 Madison Place, NW
Washington, D.C. 20439

Re:   *ACL1 Investments Ltd. v. Bolivarian Republic of Venezuela*,
      Misc. No. 21-46-LPS (D. Del.)

Dear Judge Stark:

We represent ACL1 Investments Ltd., ACL2 Investments Ltd., and LDO (Cayman) XVIII Ltd. (together, "ACL"), the plaintiffs in the above-referenced case.

We write in response to the Memorandum Order entered by the Court on May 10 (D.I. 71), which invited briefing on three issues. With respect to those issues, ACL endorses the positions advanced by Northrop Grumman Ship Systems, Inc., now known as Huntington Ingalls Inc., in its brief filed contemporaneously herewith in *Northrop Grumman Ship Systems, Inc. v. Ministry of Defense of Republic of Venezuela*, Misc. No. 20-257-LPS.

ACL respectfully reserves its rights to submit an answering brief, a reply brief, or both pursuant to paragraph 4 of the May 10 order. ACL appreciates the opportunity to be heard on these significant issues.

Respectfully,

/s/ *Marie M. Degnan*

Marie M. Degnan (#5602)

cc:   All Counsel of Record (via e-filing)