# Morgan Lewis

**Jody C. Barillare**
Of Counsel
+1.302.574.7294
jody.barillare@morganlewis.com

July 14, 2023

**BY ECF**

The Honorable Leonard P. Stark
United States District Court
District of Delaware
J. Caleb Boggs Federal Building
844 N. King Street
Wilmington, Delaware 19801

    **Re:**    *OI European Group B.V. v. Bolivarian Republic of Venezuela*, Case No. 19-mc-290-LPS

           *Northrop Grumman Ship Systems, Inc. v. The Ministry of Defense of the Republic of Venezuela*, Case No. 20-mc-257

           *ACL1 Investments Ltd., ACL2 Investments Ltd., and LDO (Cayman) XVIII Ltd. v. Bolivarian Republic of Venezuela*, Case No. 21-mc-46

           *Rusoro Mining Limited v. Bolivarian Republic of Venezuela*, Case No. 21-mc-481

           *Koch Minerals Sàrl, Koch Nitrogen International Sàrl v. Bolivarian Republic of Venezuela*, Case No. 22-mc-156

           <u>*Gold Reserve Inc. v. Bolivarian Republic of Venezuela*, Case No. 22-mc-453</u>

Dear Judge Stark:

On behalf of the Plaintiffs in the above-captioned proceedings (the so-called "<u>Six Creditor Actions</u>" as defined in this Court's Memorandum Order of May 10, 2023 [Case No. 19-mc-290, D.I. 151]), undersigned counsel jointly write to inform the Court of recent developments.

As this Court is aware, following this Court's opinion and orders granting Plaintiffs' motions for attachment, Petróleos de Venezuela, S.A. ("<u>PDVSA</u>") and the Bolivarian Republic of Venezuela ("<u>Venezuela</u>") noticed appeals to the Third Circuit Court of Appeals.  Following PDVSA's motion with the Third Circuit to stay the Six Creditor Actions pending the appeal, the Third Circuit referred such motion to the panel of the Third Circuit that would decide the merits of the appeals and "[i]n the meantime," entered a temporary administrative stay of "additional proceedings in the six district-court actions on appeal . . . pending further order

---

Morgan, Lewis & Bockius LLP

One Federal Street
Boston, MA  02110-1726        ☎ +1.617.341.7700
United States                          ℻ +1.617.341.7701

The Honorable Leonard P. Stark
July 14, 2023
Page 2

of the Court." *See*, *e.g., OI European Group B.V. v. Bolivarian Republic of Venezuela*, Case No. 23-1647 (3d Cir. May 5, 2023) [D.I. 24].

On July 7, 2023, the Third Circuit issued in each of the appeals of the Six Creditor Actions (1) a precedential opinion affirming this Court's opinion and orders granting the Plaintiffs' motions for attachment, *see*, *e.g.*, Case No. 23-1647 (3d Cir. July 7, 2023) [D.I. 76], (2) a judgment affirming the same, *see*, *e.g.*, Case No. 23-1647 (3d Cir. July 7, 2023) [D.I. 77] and (3) an order denying PDVSA's motion for a stay pending appeal. *See*, *e.g.*, Case No. 23-1647 (3d Cir. July 7, 2023) [D.I. 78].

As is clear from the Third Circuit's recent decisions and orders, there is currently no stay (temporary or otherwise) in the Six Creditor Actions that would hinder this Court's ability to (a) determine if, when and whether any of the judgments in the Six Creditor Actions are "Additional Judgments" under the Crystallex sale procedures order, or (b) enter an order (or orders) addressing the issues raised and argued at the June 26, 2023, hearing and causing that order (or orders) to be docketed and/or apply in the Six Creditor Actions.

Respectfully Submitted,

| **MORGAN, LEWIS & BOCKIUS LLP** | **PACHULSKI STANG ZIEHL & JONES, LLP** |
|---|---|
| By: */s/ Jody C. Barillare* | By: */s/ Laura Davis Jones* |
| Jody C. Barillare (#5107) | Laura Davis Jones (#2436) |
| 1201 N. Market St., Suite 2201 | Peter J. Keane (#5503) |
| Wilmington, DE 19801 | 919 North Market Street, Suite 1600 |
| Telephone: 302-574-3000 | P.O. Box 8705 |
| Facsimile: 302-574-3001 | Wilmington, DE 19899-8705 |
| jody.barillare@morganlewis.com | Telephone: 302-652-4100 |
|  | ljones@pszjlaw.com |
| - and - | pkeane@pszjlaw.com |
|  |  |
| Jonathan Albano (*pro hac vice*) |  |
| Christopher L. Carter (*pro hac vice*) | **ALSTON & BIRD LLP** |
| One Federal Street | Alexander A. Yanos (*pro hac vice*) |
| Boston MA 02110 | Robert Poole (*pro hac vice*) |
| Telephone: 617-341-7700 | 90 Park Avenue, 15th Floor |
| Facsimile: 617-341-7701 | New York, NY 10016-1387 |
| jonathan.albano@morganlewis.com | Telephone: 212-210-9400 |
| christopher.carter@morganlewis.com | alex.yanos@alston.com |

The Honorable Leonard P. Stark
July 14, 2023
Page 3

| | |
|---|---|
| **SEQUOR LAW, P.A.**<br><br>Edward H. Davis, Jr. (*pro hac vice*)<br>Fernando J. Menendez (*pro hac vice*)<br>111 Brickell Ave., Suite 1250<br>Miami, FL 33131<br>Telephone: 305-372-8282<br>Facsimile: 305-372-8202<br>edavis@sequorlaw.com<br>fmenendez@sequorlaw.com<br><br>*Attorneys for OI European Group B.V.* | robert.poole@alston.com<br><br>*Attorneys for: (i) Northrop Grumman Ship Systems, Inc., f/k/a Ingalls Shipbuilding, Inc. and now known as Huntington Ingalls Incorporated, and (ii) Koch Minerals Sàrl and Koch Nitrogen International Sàrl* |
| **ASHBY & GEDDES**<br><br>By: */s/ Marie M. Degnan*<br>Marie M. Degnan (#5602)<br>Randall J. Teti (#6334)<br>500 Delaware Ave., 8th Floor<br>P.O. Box 1150<br>Wilmington, DE 19899<br>Telephone: 302-654-1888<br>mdegnan@ashbygeddes.com<br>rteti@ashbygeddes.com<br><br>**RILEY & JACOBSON, PLC**<br>Joshua S. Bolian<br>Jared A. Hagler<br>1906 West End Avenue<br>Nashville, Tennessee 37203<br>Telephone: 615-320-3700<br>jbolian@rjfirm.com<br>jhagler@rjfirm.com<br><br>*Attorneys for ACL1 Investments Ltd., ACL2 Investments Ltd. and LDO (Cayman) XVIII Ltd.* | **DLA Piper LLP (US)**<br><br>By: */s/ Craig Martin*<br>R. Craig Martin (#005032)<br>1201 North Market Street<br>Suite 2100<br>Wilmington, DE 19801<br>Telephone: 302-468-5655<br>Fax: 302-778-7834<br>craig.martin@us.dlapiper.com<br><br>- and -<br><br>James E. Berger<br>Charlene C. Sun<br>Joshua S. Wan<br><br>1251 Avenue of the Americas<br>New York, NY 10020<br>Telephone: 212-335-4715<br>Fax: 212-884-8715<br>James.berger@us.dlapiper.com<br>Charlene.sun@us.dlapiper.com<br>Joshua.wan@us.dlapiper.com<br><br>*Attorneys for Rusoro Mining Limited* |

The Honorable Leonard P. Stark
July 14, 2023
Page 4

| | |
|---|---|
| **WOMBLE BOND DICKINSON (US) LLP**<br><br>By: */s/ Kevin J. Mangan*<br>Kevin J. Mangan (#3810)<br>Matthew P. Ward (#4471)<br>Stephanie S. Riley (#5803)<br>1313 N. Market St., Suite 1200<br>Wilmington, DE 19801<br>Telephone: 302-252-4320<br>Kevin.mangan@wbd-us.com<br>Matthew.ward@wbd-us.com<br>Stephanie.riley@wbd-us.com<br><br><br>**NORTON ROSE FULBRIGHT US LLP**<br>Matthew H. Kirtland (*pro hac vice*)<br>799 9th Street NW, Suite 1000<br>Washington, DC 20001<br>Telephone: 202-662-0200<br>Matthew.kirtland@nortonrosefulbright.com<br><br>- and -<br><br>Katherine G. Connolly (*pro hac vice*)<br>555 California Street, Suite 3300<br>San Francisco, CA 94101<br>Telephone: 628-231-6816<br>Katie.connolly@nortonrosefulbright.com<br><br>*Attorneys for Gold Reserve Inc.* | |